FD# 1273891

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Juan Carlos LUNA

2008 MAY -9 AM 9:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## WARRANT FOR ARREST

CASE NUMBER: '08 MJ 1086

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Juan Carlos LUNA
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Possession of a firearm that was transferred to Juan Carlos LUNA in violation of the National Firearms Act; and Possession of a National Firearms Act firearm not registered to Juan Carlos LUNA in the National Firearms Registration and Transfer Record

In violation of Title    26    United States Code, Section(s)   5861(b), 5861(d), 5871

DATE 4/28/08
ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL
BY: [signature]

RECEIVED 2008 APR -9 A 10:20 MARSHAL SOUTHERN DISTRICT OF CA

Name of Issuing Officer                Title of Issuing Officer

Signature of Deputy                    Date and Location

Bail fixed at $ to be determined [Bail]    by    The Honorable [signature]
                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II                ATF                5212 (unlawful poss of weapon)

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Juan Carlos LUNA

**WARRANT FOR ARREST**

CASE NUMBER: 08 MJ 1086

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Juan Carlos LUNA

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☐ Pretrial Violation

charging him or her with (brief description of offense)

Possession of a firearm that was transferred to Juan Carlos LUNA in violation of the National Firearms Act; and Possession of a National Firearms Act firearm not registered to Juan Carlos LUNA in the National Firearms Registration and Transfer Record

In violation of Title   26   United States Code, Section(s)   5861(b), 5861(d)

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 APR 29 A 11:06

Name of Issuing Officer

Title of Issuing Officer

Signature of Deputy

Date and Location

Bail fixed at $ to be determined [Bail]   by   The Honorable _____

Name of Judicial Officer

(SEAL)

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at SAN DIEGO COUNTY SHERIFF'S CENTRAL JAIL, SAN DIEGO, CA |

| DATE RECEIVED 4-9-08 | NAME AND TITLE OF ARRESTING OFFICER JOSEPH MOKOS SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4-28-08 | | |